JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ALEAH B. WRIGHT, <br><br> Defendant. | No. CR22-038-RSL <br><br> ORDER GRANTING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |

This matter having come before the Court on the Defendant's Motion for Early Termination of Supervised Release, and the Court having reviewed the motion, probation's response, the government's response and the records and files herein,

THE COURT FINDS, pursuant to 18 U.S.C. § 3583(e), that early termination of Ms. Wright's supervised release is warranted by the conduct of Ms. Wright and in the interests of justice;

IT IS FURTHER ORDERED that the term of supervised release for Ms. Wright shall be terminated, effective immediately.

IT IS SO ORDERED.

DONE this 31st day of March, 2023.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING MOTION FOR
EARLY TERMINATION OF SR
(*U.S. v. Wright*, CR22-038-RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100